Fill in this information to identify the case:

Debtor name: **Indiana Hotel Equities, LLC**
United States Bankruptcy Court for the: **EASTERN DISTRICT OF MICHIGAN**
Case number (if known): **18-45185**

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| A-1 Hospitality Supply, Inc. 4437 Tumbleweed Dr. Saint Charles, MO 63304 | | trade, may be secured | Unliquidated | | | $40,000.00 |
| Hyperion Commercial Services 8131 Vineland Avenue, Ste. 202 Orlando, FL 32821 | | trade, may be secured | | | | $29,297.75 |
| Indiana Airport Authority c/o Richard Richmond One Indiana Square, Ste. 3500 Indianapolis, IN 46204 | Richard Richmond 317.713.3500 | litigation, may have secured claim | Unliquidated Disputed Subject to Setoff | | | unknown |
| On Demand Staffing, Inc. Boring & Taylor, PC POBox 100 New Palestine, IN 46163 | Christopher Taylor 317.861.4497 | trade | Disputed | | | $29,960.26 |
| Sherwin WIlliams 230 Redcoach Drive Mishawaka, IN 46545 | Tim Peterson (574) 257-7776 | trade, may have secured claim | Disputed | | | $5,217.00 |
| Strike Force Traffic Control, Inc. Martin Howe, Esq. 386 Meridian Parke Lane, Ste. A Greenwood, IN 46142 | | trade | Disputed | | | $52,446.00 |

Official form 204      Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims      page 1

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **THS Company, LLC**<br>**Fred Pfenninger, Esq.**<br>**9247 North Meridian Street, Ste. 219**<br>**MI 49260** | Fred Pfenninger<br>317.848.7500 | litigation, | | | | $13,639.80 |